**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KAMPMEIER, KEVIN L | § | Case No. 09-73586 |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 25, 2009.  The undersigned trustee was appointed on October 28, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $              38,030.47

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 10,551.38 |
| Administrative expenses | 2,286.26 |
| Bank service fees | 590.27 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]          $ | 24,602.56 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

___

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 01/06/2010 and the deadline for filing governmental claims was 01/06/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,504.82.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,504.82, for a total compensation of $4,504.82.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/30/2012            By:/s/STEPHEN G. BALSLEY
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73586

**Case Name:**   KAMPMEIER, KEVIN L

**Period Ending:** 10/30/12

**Trustee:**   (330410)   STEPHEN G. BALSLEY

**Filed (f) or Converted (c):** 08/25/09 (f)

**§341(a) Meeting Date:** 10/01/09

**Claims Bar Date:** 01/06/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account - Citizens State Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Household goods and furnishings | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 3 | Clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | C-Kamp Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2001 Chevy Blazer | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2005 Dodge Ram Pickup | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2001 Bombardier DS650 ATV | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2001 RM250 Suzuki | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Milk Route | 48,000.00 | 1,226.63 | | 38,025.53 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 4.94 | FA |
| 10 | **Assets**   **Totals** (Excluding unknown values) | **$71,200.00** | **$1,226.63** | | **$38,030.47** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee proceeded to recover value of a corporation (wholly owned by debtor) which was entitled to a receivable of approximately $48,000.00 from sale of milk route.  The Trustee has recently received enough monthly payments to pay all creditors in full plus costs of administration.  The Trustee expects to file the Final Report in October.

**Initial Projected Date Of Final Report (TFR):**   December 1, 2011

**Current Projected Date Of Final Report (TFR):**   October 16, 2012  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-73586 | |
| **Case Name:** | KAMPMEIER, KEVIN L | |
| | | |
| **Taxpayer ID #:** | **-***1389 | |
| **Period Ending:** | 10/30/12 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****41-65 - Money Market Account |
| **Blanket Bond:** | $296,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/28/09 | {9} | Edwards Trucking, Inc. | Proceeds from sale of milk route | 1229-000 | 1,226.63 | | 1,226.63 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.05 | | 1,226.68 |
| 12/03/09 | {9} | Edwards Trucking, Inc. | Proceeds from sale of milk route | 1229-000 | 1,226.63 | | 2,453.31 |
| 12/09/09 | {9} | Edwards Trucking | check no. 5122 bounced | 1129-000 | -1,226.63 | | 1,226.68 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.05 | | 1,226.73 |
| 01/02/10 | {9} | EDWARDS TRUCKING, INC. | PROCEEDS OF SALE OF MILK ROUTE | 1229-000 | 1,226.63 | | 2,453.36 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 2,453.44 |
| 02/05/10 | {9} | Edwards Trucking, Inc. | Proceeds from sale of Milk Route | 1229-000 | 1,226.63 | | 3,680.07 |
| 02/26/10 | {9} | Edwards Trucking, Inc. | Proceeds from sale of Milk Route | 1129-000 | 1,226.63 | | 4,906.70 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.12 | | 4,906.82 |
| 03/30/10 | {9} | Edwards Trucking, Inc. | Payment for milk route | 1129-000 | 1,226.63 | | 6,133.45 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.21 | | 6,133.66 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.04 | | 6,133.70 |
| 04/06/10 | | Wire out to BNYM account 9200******4165 | Wire out to BNYM account 9200******4165 | 9999-000 | -6,133.70 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | **0.00** | **0.00** | **$0.00** |
| | Less: Bank Transfers | -6,133.70 | 0.00 | |
| | **Subtotal** | **6,133.70** | **0.00** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$6,133.70** | **$0.00** | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-73586 | |
| **Case Name:** | KAMPMEIER, KEVIN L | |
| **Taxpayer ID #:** | **-***1389 | |
| **Period Ending:** | 10/30/12 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****41-67 - Money Market Account |
| **Blanket Bond:** | $296,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-73586 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | KAMPMEIER, KEVIN L | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******41-65 - Checking Account |
| Taxpayer ID #: | **-***1389 | | Blanket Bond: | $296,000.00  (per case limit) |
| Period Ending: | 10/30/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans.<br>Date | {Ref #} /<br>Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts<br>$ | Disbursements<br>$ | Checking<br>Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4165 | Wire in from JPMorgan Chase Bank, N.A. account ********4165 | 9999-000 | 6,133.70 | | 6,133.70 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.29 | | 6,133.99 |
| 05/10/10 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 7,360.62 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.41 | | 7,361.03 |
| 06/04/10 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 8,587.66 |
| 06/07/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #09-73586 | 2300-000 | | 8.03 | 8,579.63 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.48 | | 8,580.11 |
| 07/06/10 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 9,806.74 |
| 07/30/10 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 11,033.37 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.57 | | 11,033.94 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.65 | | 11,034.59 |
| 09/10/10 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 12,261.22 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 12,261.31 |
| 10/13/10 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 13,487.94 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 13,488.04 |
| 11/03/10 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 14,714.67 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 14,714.78 |
| 12/09/10 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 15,941.41 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,941.54 |
| 01/12/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 17,168.17 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,168.31 |
| 02/21/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 18,394.94 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 18,395.07 |
| 03/02/11 | 11002 | Kent Bank | Payment in full of Claim No. 3 plus accrued interest and attorney fees per Court Order March 2, 2011 | 4110-000 | | 10,551.38 | 7,843.69 |
| 03/03/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 9,070.32 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 9,070.41 |
| 04/06/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 10,297.04 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,297.12 |
| 05/11/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 11,523.75 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 11,523.84 |
| 05/31/11 | 11003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE | 2300-000 | | 12.67 | 11,511.17 |

Subtotals :           $22,083.25        $10,572.08

{} Asset reference(s)

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-73586

**Case Name:** KAMPMEIER, KEVIN L

**Taxpayer ID #:** **-***1389

**Period Ending:** 10/30/12

**Trustee:** STEPHEN G. BALSLEY (330410)

**Bank Name:** The Bank of New York Mellon

**Account:** 9200-******41-65 - Checking Account

**Blanket Bond:** $296,000.00  (per case limit)

**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #09-73586 | | | | |
| 06/08/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 12,737.80 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,737.90 |
| 07/09/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 13,964.53 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,964.64 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 16.26 | 13,948.38 |
| 08/09/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 15,175.01 |
| 08/16/11 | {9} | Edwards Trucking, Inc | Deposit Return - check no. 6199 bounced | 1129-000 | -1,226.63 | | 13,948.38 |
| 08/26/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 15,175.01 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,175.13 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.16 | 15,141.97 |
| 09/21/11 | 11004 | RSM McGladrey, Inc. | Accountant Fees - Year Ending 12/31/10 | 3410-000 | | 819.00 | 14,322.97 |
| 09/22/11 | 11005 | Illinois Department of Revenue | State Taxes - Year Ending 12/31/10 | 2820-000 | | 197.00 | 14,125.97 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.96 | 14,126.93 |
| 09/30/11 | {9} | Edwards Trucking, Inc. | Partial Payment toward Reimbursement of NSF check no. 6199 | 1129-000 | 626.63 | | 14,753.56 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,753.68 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.86 | 14,722.82 |
| 10/04/11 | {9} | Edwards Trucking Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 15,949.45 |
| 10/19/11 | {9} | Edwards Trucking, Inc. | Final partial payment toward Reimbursement of NSF check no. 6199 | 1129-000 | 600.00 | | 16,549.45 |
| 10/27/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 17,776.08 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,776.21 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.58 | 17,744.63 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,744.77 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.89 | 17,705.88 |
| 12/12/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 18,932.51 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,932.66 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.80 | 18,894.86 |
| 01/09/12 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 20,121.49 |
| 01/23/12 | {9} | Edwards Trucking, Inc. | Deposit Return - check no. 6294 bounced | 1129-000 | -1,226.63 | | 18,894.86 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 18,895.02 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.39 | 18,852.63 |
| 02/06/12 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 20,079.26 |
| 02/10/12 | 11006 | Illinois Department of Revenue | State Taxes - Year Ending 12/31/11 | 2820-000 | | 315.00 | 19,764.26 |
| 02/17/12 | {9} | Edwards Trucking, Inc. | Reimbursement of NSF check #6294 | 1129-000 | 1,226.63 | | 20,990.89 |

Subtotals :          $11,040.70          $1,560.98

{} Asset reference(s)

Printed: 10/30/2012 11:27 AM    V.13.04

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-73586
**Case Name:** KAMPMEIER, KEVIN L

**Taxpayer ID #:** **-***1389
**Period Ending:** 10/30/12

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******41-65 - Checking Account
**Blanket Bond:** $296,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.57 | 20,951.32 |
| 03/06/12 | 11007 | Illinois Department of Revenue | State Penalty and Interest - Year Ending 12/31/10 | 2820-000 | | 20.09 | 20,931.23 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.90 | 20,888.33 |
| 04/12/12 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 22,114.96 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.63 | 22,072.33 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.75 | 22,022.58 |
| 06/04/12 | 11008 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #09-73586 | 2300-000 | | 19.47 | 22,003.11 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.59 | 21,959.52 |
| 07/09/12 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 23,186.15 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.75 | 23,136.40 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.98 | 23,087.42 |
| 09/05/12 | 11009 | McGladrey LLP | Accountant Fees - Year Ending 12/31/11 | 3410-000 | | 895.00 | 22,192.42 |
| 09/22/12 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 23,419.05 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.12 | 23,375.93 |
| 10/09/12 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 24,602.56 |

|  | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 38,030.47 | 13,427.91 | $24,602.56 |
| Less: Bank Transfers | 6,133.70 | 0.00 | |
| **Subtotal** | 31,896.77 | 13,427.91 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $31,896.77 | $13,427.91 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****41-65** | 6,133.70 | 0.00 | 0.00 |
| **MMA # ***-*****41-67** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******41-65** | 31,896.77 | 13,427.91 | 24,602.56 |
| | $38,030.47 | $13,427.91 | $24,602.56 |

{} Asset reference(s)

Printed:  10/30/12 11:27 AM

Page:  1

# Claims Proposed Distribution

## Case:  09-73586   KAMPMEIER, KEVIN L

**Case Balance:**    $24,602.56        **Total Proposed Payment:**    $24,602.56        **Remaining Balance:**    $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 2 | CITIZENS STATE BANK | Secured | 2,523.38 * | 0.00 | 0.00 | 0.00 | 0.00 | 24,602.56 |
| 3 | Kent Bank | Secured | 9,415.44 | 10,551.38 | 10,551.38 | 0.00 | 0.00 | 24,602.56 |
| | Barrick, Switzer, Long, Balsley & Van Evera <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch.  7 | 6,444.50 | 6,444.50 | 0.00 | 6,444.50 | 6,444.50 | 18,158.06 |
| | STEPHEN G. BALSLEY <br> <2100-00  Trustee Compensation> | Admin Ch.  7 | 4,504.82 | 4,504.82 | 0.00 | 4,504.82 | 4,504.82 | 13,653.24 |
| 1 | DISCOVER BANK | Unsecured | 4,318.57 | 4,318.57 | 0.00 | 4,318.57 | 4,318.57 | 9,334.67 |
| 4 | Chase Bank USA, N.A. | Unsecured | 2,004.01 | 2,004.01 | 0.00 | 2,004.01 | 2,004.01 | 7,330.66 |
| 5 | GE Money Bank dba CARECREDIT/GEMB | Unsecured | 1,601.98 | 1,601.98 | 0.00 | 1,601.98 | 1,601.98 | 5,728.68 |
| 6 | FHN Memorial Hospital | Unsecured | 4,377.00 | 4,377.00 | 0.00 | 4,377.00 | 4,377.00 | 1,351.68 |
| 7 | FHN Physicians | Unsecured | 683.00 | 683.00 | 0.00 | 683.00 | 683.00 | 668.68 |
| 1I | DISCOVER BANK | Unsecured | 62.00 | 62.00 | 0.00 | 62.00 | 62.00 | 606.68 |
| 4I | Chase Bank USA, N.A. | Unsecured | 28.77 | 28.77 | 0.00 | 28.77 | 28.77 | 577.91 |
| 5I | GE Money Bank dba CARECREDIT/GEMB | Unsecured | 23.00 | 23.00 | 0.00 | 23.00 | 23.00 | 554.91 |
| 6I | FHN Memorial Hospital | Unsecured | 62.84 | 62.84 | 0.00 | 62.84 | 62.84 | 492.07 |
| 7I | FHN Physicians | Unsecured | 9.81 | 9.81 | 0.00 | 9.81 | 9.81 | 482.26 |
| SURPLUS | KAMPMEIER, KEVIN L | Unsecured | 482.26 | 482.26 | 0.00 | 482.26 | 482.26 | 0.00 |
| | **Total for Case 09-73586 :** | | **$36,541.38** | **$35,153.94** | **$10,551.38** | **$24,602.56** | **$24,602.56** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $10,949.32 | $10,949.32 | $0.00 | $10,949.32 | 100.000000% |
| **Total Secured Claims :** | $11,938.82 | $10,551.38 | $10,551.38 | $0.00 | 100.000000% |
| **Total Unsecured Claims :** | $13,653.24 | $13,653.24 | $0.00 | $13,653.24 | 100.000000% |

(*) Denotes objection to Amount Filed

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-73586
Case Name: KAMPMEIER, KEVIN L
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**                 $            24,602.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|---------------:|------------------------:|-------------------------:|-----------------:|
| 2 | CITIZENS STATE BANK | 2,523.38 | 0.00 | 0.00 | 0.00 |
| 3 | Kent Bank | 9,415.44 | 10,551.38 | 10,551.38 | 0.00 |

Total to be paid to secured creditors:   $             0.00
Remaining balance:                 $            24,602.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| Trustee, Fees - STEPHEN G. BALSLEY | 4,504.82 | 0.00 | 4,504.82 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 6,444.50 | 0.00 | 6,444.50 |

Total to be paid for chapter 7 administration expenses:   $         10,949.32
Remaining balance:                         $         13,653.24

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                           $         13,653.24

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for priority claims:  $          0.00

Remaining balance:  $     13,653.24

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,924.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 4,318.57 | 0.00 | 4,318.57 |
| 4 | Chase Bank USA, N.A. | 2,004.01 | 0.00 | 2,004.01 |
| 5 | GE Money Bank dba CARECREDIT/GEMB | 1,601.98 | 0.00 | 1,601.98 |

Total to be paid for timely general unsecured claims:  $     7,924.56

Remaining balance:  $     5,728.68

Tardily filed claims of general (unsecured) creditors totaling $ 5,060.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | FHN Memorial Hospital | 4,377.00 | 0.00 | 4,377.00 |
| 7 | FHN Physicians | 683.00 | 0.00 | 683.00 |

Total to be paid for tardy general unsecured claims:  $     5,060.00

Remaining balance:  $        668.68

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: **$**                    0.00

Remaining balance:                                   **$**                    668.68

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $186.42.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $482.26.

**UST Form 101-7-TFR (05/1/2011)**