**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KAMPMEIER, KEVIN L § Case No. 09-73586
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　U.S. Courthouse
　　327 South Church Street
　　Room 1100
　　Rockford, IL  61101

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 12/12/2012 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____    By: ___/s/ STEPHEN G. BALSLEY_____
                                                                                         Trustee

STEPHEN G. BALSLEY  
6833 STALTER DRIVE  
ROCKFORD, IL  61108  
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KAMPMEIER, KEVIN L § Case No. 09-73586
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 38,030.47 |
| *and approved disbursements of* | $ 13,427.91 |
| *leaving a balance on hand of* [1] | $ 24,602.56 |

**Balance on hand:**   $   24,602.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | CITIZENS STATE BANK | 2,523.38 | 0.00 | 0.00 | 0.00 |
| 3 | Kent Bank | 9,415.44 | 10,551.38 | 10,551.38 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   24,602.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 4,504.82 | 0.00 | 4,504.82 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 6,444.50 | 0.00 | 6,444.50 |

Total to be paid for chapter 7 administration expenses:   $   10,949.32
Remaining balance:   $   13,653.24

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 13,653.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 13,653.24

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,924.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 4,318.57 | 0.00 | 4,318.57 |
| 4 | Chase Bank USA, N.A. | 2,004.01 | 0.00 | 2,004.01 |
| 5 | GE Money Bank dba CARECREDIT/GEMB | 1,601.98 | 0.00 | 1,601.98 |

Total to be paid for timely general unsecured claims: $ 7,924.56
Remaining balance: $ 5,728.68

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 5,060.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | FHN Memorial Hospital | 4,377.00 | 0.00 | 4,377.00 |
| 7 | FHN Physicians | 683.00 | 0.00 | 683.00 |

Total to be paid for tardy general unsecured claims: $ 5,060.00
Remaining balance: $ 668.68

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 668.68

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $186.42.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 482.26.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 09-73586-MB
Kevin L Kampmeier                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 2          Date Rcvd: Nov 09, 2012
                              Form ID: pdf006          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2012.
```
db         #+Kevin L Kampmeier,   11200 East Greenvale Road,   Stockton, IL 61085-9608
14356928   ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,   P.O. Box 9223,   Farmington, MI 48333)
14356929   +CITIZENS STATE BANK,   102 W Main St,   Lena, IL 61048-9243
14356926    Capital One,   430 Lincoln Highway,   Rochelle, IL 61068-1643
14356927   +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
14674444    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14356930   +Connie Kampmeier,   3719 East Woodbine,   Stockton, IL 61085-8400
14356932   +FHN Memorial Hospital,   Central Business Office,   P.O.Box 857,   Freeport, IL 61032-0857
16920605   +FHN Physicians,   PO Box 268,   Freeport, Il 61032-0268
14356933   +FREEPORT MEMORIAL HOSPITAL,   1045 W. Stephenson Street,   Freeport, IL 61032-4899
14356936   +Kent Bank,   996 W. Fairview Rd.,   Freeport, IL 61032-9193
14356937    State Collection Service,   2509 Stoughton Rd.,   Madison, WI 53716-3314
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14561570      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 10 2012 00:17:58     DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14356931      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 10 2012 00:17:58     Discover Financial Services,
               P.O. BOX 8003,   Hilliard, OH 43026
14778931     +E-mail/PDF: rmscedi@recoverycorp.com Nov 10 2012 00:17:45     GE Money Bank dba CARECREDIT/GEMB,
               Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14356934     +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2012 00:32:04     GEMB/Care Credit,   P.O. Box 981439,
               El Paso, TX 79998-1439
14356935     +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2012 00:18:15     GEMB/Lowe's,   P.O. Box 981064,
               El Paso, TX 79998-1064
                                                                                              TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14356938     unrelated third party
14356925   ##+C-Kamp Inc.,   11200 East Greenvale Road,   Stockton, IL 61085-9608
                                                                                TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2012**              **Signature:**  _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: kkrystave            Page 2 of 2              Date Rcvd: Nov 09, 2012
                              Form ID: pdf006            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2012 at the address(es) listed below:
```
              Brian A Hart     on behalf of Debtor Kevin Kampmeier brian@joneshart.com,
               vanessa@rockfordbankruptcy.com
              Craig A Willette    on behalf of Creditor   Citizens State Bank craigwillette@comcast.net
              Kathryn A Klein    on behalf of Creditor   Chrysler Financial Services Americas, L.L.C. f/k/a
               Daimler Chrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley     sbalsley@bslbv.com, IL47@ecfcbis.com
              Stephen G Balsley     on behalf of Trustee Stephen Balsley sbalsley@bslbv.com
                                                                                             TOTAL: 6
```