**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KAMPMEIER, KEVIN L                       § Case No. 09-73586
                                                §
                                                §
Debtor(s)                                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $23,200.00                Assets Exempt: $6,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $23,722.36    Claims Discharged
                                               Without Payment: $175,941.00

Total Expenses of Administration: $13,825.85

---

   3) Total gross receipts of $ 38,030.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 482.26 (see **Exhibit 2**), yielded net receipts of $37,548.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $28,631.00 | $11,938.82 | $10,551.38 | $10,551.38 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,825.85 | 13,825.85 | 13,825.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 184,438.00 | 13,170.98 | 13,170.98 | 13,170.98 |
| **TOTAL DISBURSEMENTS** | $213,069.00 | $38,935.65 | $37,548.21 | $37,548.21 |

    4) This case was originally filed under Chapter 7 on August 25, 2009. The case was pending for 43 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2013             By: /s/STEPHEN G. BALSLEY
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Milk Route | 1129-000 | 38,025.53 |
| Interest Income | 1270-000 | 4.94 |
| **TOTAL GROSS RECEIPTS** | | **$38,030.47** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KAMPMEIER, KEVIN L | Dividend paid 100.00% on $482.26; Claim# SURPLUS; Filed: $482.26; Reference: | 8200-002 | 482.26 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$482.26** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CITIZENS STATE BANK | 4110-000 | 2,300.00 | 2,523.38 | 0.00 | 0.00 |
| 3 | Kent Bank | 4110-000 | N/A | 9,415.44 | 10,551.38 | 10,551.38 |
| NOTFILED | Chrysler Financial | 4110-000 | 26,331.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$28,631.00** | **$11,938.82** | **$10,551.38** | **$10,551.38** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 4,504.82 | 4,504.82 | 4,504.82 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 6,444.50 | 6,444.50 | 6,444.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.03 | 8.03 | 8.03 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.67 | 12.67 | 12.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 16.26 | 16.26 | 16.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.20 | 32.20 | 32.20 |
| RSM McGladrey, Inc. | 3410-000 | N/A | 819.00 | 819.00 | 819.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 197.00 | 197.00 | 197.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.86 | 30.86 | 30.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.58 | 31.58 | 31.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.89 | 38.89 | 38.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.80 | 37.80 | 37.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.39 | 42.39 | 42.39 |
| Illinois Department of Revenue | 2820-000 | N/A | 315.00 | 315.00 | 315.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.57 | 39.57 | 39.57 |
| Illinois Department of Revenue | 2820-000 | N/A | 20.09 | 20.09 | 20.09 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.90 | 42.90 | 42.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.63 | 42.63 | 42.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.75 | 49.75 | 49.75 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 19.47 | 19.47 | 19.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.59 | 43.59 | 43.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.75 | 49.75 | 49.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.98 | 48.98 | 48.98 |
| McGladrey LLP | 3410-000 | N/A | 895.00 | 895.00 | 895.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.12 | 43.12 | 43.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $13,825.85 | $13,825.85 | $13,825.85 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Connie Kampmeier | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 4,134.00 | 4,318.57 | 4,318.57 | 4,318.57 |
| 1I | DISCOVER BANK | 7990-000 | N/A | 62.00 | 62.00 | 62.00 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 1,793.00 | 2,004.01 | 2,004.01 | 2,004.01 |
| 4I | Chase Bank USA, N.A. | 7990-000 | N/A | 28.77 | 28.77 | 28.77 |
| 5 | GE Money Bank dba CARECREDIT/GEMB | 7100-000 | 1,570.00 | 1,601.98 | 1,601.98 | 1,601.98 |
| 5I | GE Money Bank dba CARECREDIT/GEMB | 7990-000 | N/A | 23.00 | 23.00 | 23.00 |
| 6 | FHN Memorial Hospital | 7200-000 | 1,000.00 | 4,377.00 | 4,377.00 | 4,377.00 |
| 6I | FHN Memorial Hospital | 7990-000 | N/A | 62.84 | 62.84 | 62.84 |
| 7 | FHN Physicians | 7200-000 | N/A | 683.00 | 683.00 | 683.00 |
| 7I | FHN Physicians | 7990-000 | N/A | 9.81 | 9.81 | 9.81 |
| NOTFILED | FHN Memorial Hospital Central Business Office | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CITIZENS STATE BANK | 7100-000 | 5,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 390.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/Lowe's | 7100-000 | 354.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Service | 7100-000 | 97.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Chrysler Financial | 7100-000 | 162,000.00 | N/A | N/A | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| NOTFILED | Kent Bank | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $184,438.00 | $13,170.98 | $13,170.98 | $13,170.98 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-73586  
**Case Name:** KAMPMEIER, KEVIN L  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/25/09 (f)  
**§341(a) Meeting Date:** 10/01/09  

**Period Ending:** 04/05/13  

**Claims Bar Date:** 01/06/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking account - Citizens State Bank | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods and furnishings | 1,800.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 4 | C-Kamp Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 2001 Chevy Blazer | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2005 Dodge Ram Pickup | 15,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2001 Bombardier DS650 ATV | 1,200.00 | 0.00 | | 0.00 | FA |
| 8 | 2001 RM250 Suzuki | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Milk Route | 48,000.00 | 1,226.63 | | 38,025.53 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 4.94 | FA |
| 10 | Assets Totals (Excluding unknown values) | **$71,200.00** | **$1,226.63** | | **$38,030.47** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 1, 2011  **Current Projected Date Of Final Report (TFR):** October 16, 2012  (Actual)

Printed: 04/05/2013 04:41 PM    V.13.13

Case 09-73586   Doc 51   Filed 04/20/13   Entered 04/20/13 14:05:22   Desc Main
Document      Page 8 of 14

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-73586  
**Case Name:** KAMPMEIER, KEVIN L  

**Taxpayer ID #:** **-***1389  
**Period Ending:** 04/05/13

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****41-65 - Money Market Account  
**Blanket Bond:** $296,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/28/09 | {9} | Edwards Trucking, Inc. | Proceeds from sale of milk route | 1229-000 | 1,226.63 | | 1,226.63 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,226.68 |
| 12/03/09 | {9} | Edwards Trucking, Inc. | Proceeds from sale of milk route | 1229-000 | 1,226.63 | | 2,453.31 |
| 12/09/09 | {9} | Edwards Trucking | check no. 5122 bounced | 1129-000 | -1,226.63 | | 1,226.68 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,226.73 |
| 01/02/10 | {9} | EDWARDS TRUCKING, INC. | PROCEEDS OF SALE OF MILK ROUTE | 1229-000 | 1,226.63 | | 2,453.36 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,453.44 |
| 02/05/10 | {9} | Edwards Trucking, Inc. | Proceeds from sale of Milk Route | 1229-000 | 1,226.63 | | 3,680.07 |
| 02/26/10 | {9} | Edwards Trucking, Inc. | Proceeds from sale of Milk Route | 1129-000 | 1,226.63 | | 4,906.70 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 4,906.82 |
| 03/30/10 | {9} | Edwards Trucking, Inc. | Payment for milk route | 1129-000 | 1,226.63 | | 6,133.45 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 6,133.66 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.04 | | 6,133.70 |
| 04/06/10 | | Wire out to BNYM account 9200******4165 | Wire out to BNYM account 9200******4165 | 9999-000 | -6,133.70 | | 0.00 |

|  |  |  | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank Transfers | | -6,133.70 | 0.00 | |
|  |  |  | **Subtotal** | | **6,133.70** | **0.00** | |
|  |  |  | Less: Payments to Debtors | | | 0.00 | |
|  |  |  | **NET Receipts / Disbursements** | | **$6,133.70** | **$0.00** | |

{} Asset reference(s)

Printed: 04/05/2013 04:41 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-73586 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | KAMPMEIER, KEVIN L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****41-67 - Money Market Account |
| Taxpayer ID #: | **-***1389 | | Blanket Bond: | $296,000.00  (per case limit) |
| Period Ending: | 04/05/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                          Printed: 04/05/2013 04:41 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-73586  
**Case Name:** KAMPMEIER, KEVIN L  
**Taxpayer ID #:** **-***1389  
**Period Ending:** 04/05/13  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******41-65 - Checking Account  
**Blanket Bond:** $296,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4165 | Wire in from JPMorgan Chase Bank, N.A. account ********4165 | 9999-000 | 6,133.70 | | 6,133.70 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 6,133.99 |
| 05/10/10 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 7,360.62 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.41 | | 7,361.03 |
| 06/04/10 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 8,587.66 |
| 06/07/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #09-73586 | 2300-000 | | 8.03 | 8,579.63 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.48 | | 8,580.11 |
| 07/06/10 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 9,806.74 |
| 07/30/10 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 11,033.37 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.57 | | 11,033.94 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.65 | | 11,034.59 |
| 09/10/10 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 12,261.22 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,261.31 |
| 10/13/10 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 13,487.94 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,488.04 |
| 11/03/10 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 14,714.67 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,714.78 |
| 12/09/10 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 15,941.41 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 15,941.54 |
| 01/12/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 17,168.17 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,168.31 |
| 02/21/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 18,394.94 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 18,395.07 |
| 03/02/11 | 11002 | Kent Bank | Payment in full of Claim No. 3 plus accrued interest and attorney fees per Court Order March 2, 2011 | 4110-000 | | 10,551.38 | 7,843.69 |
| 03/03/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 9,070.32 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 9,070.41 |
| 04/06/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 10,297.04 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,297.12 |
| 05/11/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 11,523.75 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,523.84 |
| 05/31/11 | 11003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE | 2300-000 | | 12.67 | 11,511.17 |

Subtotals :     $22,083.25     $10,572.08

{} Asset reference(s)

Printed: 04/05/2013 04:41 PM     V.13.13

## Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-73586 | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| Case Name: | KAMPMEIER, KEVIN L | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******41-65 - Checking Account |
| Taxpayer ID #: | **-***1389 | Blanket Bond: | $296,000.00 (per case limit) |
| Period Ending: | 04/05/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #09-73586 | | | | |
| 06/08/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 12,737.80 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,737.90 |
| 07/09/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 13,964.53 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,964.64 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 16.26 | 13,948.38 |
| 08/09/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 15,175.01 |
| 08/16/11 | {9} | Edwards Trucking, Inc | Deposit Return - check no. 6199 bounced | 1129-000 | -1,226.63 | | 13,948.38 |
| 08/26/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 15,175.01 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,175.13 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.16 | 15,141.97 |
| 09/21/11 | 11004 | RSM McGladrey, Inc. | Accountant Fees - Year Ending 12/31/10 | 3410-000 | | 819.00 | 14,322.97 |
| 09/22/11 | 11005 | Illinois Department of Revenue | State Taxes - Year Ending 12/31/10 | 2820-000 | | 197.00 | 14,125.97 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.96 | 14,126.93 |
| 09/30/11 | {9} | Edwards Trucking, Inc. | Partial Payment toward Reimbursement of NSF check no. 6199 | 1129-000 | 626.63 | | 14,753.56 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,753.68 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.86 | 14,722.82 |
| 10/04/11 | {9} | Edwards Trucking Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 15,949.45 |
| 10/19/11 | {9} | Edwards Trucking, Inc. | Final partial payment toward Reimbursement of NSF check no. 6199 | 1129-000 | 600.00 | | 16,549.45 |
| 10/27/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 17,776.08 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,776.21 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.58 | 17,744.63 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,744.77 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.89 | 17,705.88 |
| 12/12/11 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 18,932.51 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,932.66 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.80 | 18,894.86 |
| 01/09/12 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 20,121.49 |
| 01/23/12 | {9} | Edwards Trucking, Inc. | Deposit Return - check no. 6294 bounced | 1129-000 | -1,226.63 | | 18,894.86 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 18,895.02 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.39 | 18,852.63 |
| 02/06/12 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 | | 20,079.26 |
| 02/10/12 | 11006 | Illinois Department of Revenue | State Taxes - Year Ending 12/31/11 | 2820-000 | | 315.00 | 19,764.26 |
| 02/17/12 | {9} | Edwards Trucking, Inc. | Reimbursement of NSF check #6294 | 1129-000 | 1,226.63 | | 20,990.89 |

Subtotals : $11,040.70  $1,560.98

{} Asset reference(s)                                                Printed: 04/05/2013 04:41 PM     V.13.13

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-73586 | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- |
| Case Name: | KAMPMEIER, KEVIN L | Bank Name: | The Bank of New York Mellon |
|  |  | Account: | 9200-******41-65 - Checking Account |
| Taxpayer ID #: | **-***1389 | Blanket Bond: | $296,000.00  (per case limit) |
| Period Ending: | 04/05/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/29/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 39.57 | 20,951.32 |
| 03/06/12 | 11007 | Illinois Department of Revenue | State Penalty and Interest - Year Ending 12/31/10 | 2820-000 |  | 20.09 | 20,931.23 |
| 03/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 42.90 | 20,888.33 |
| 04/12/12 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 |  | 22,114.96 |
| 04/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 42.63 | 22,072.33 |
| 05/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 49.75 | 22,022.58 |
| 06/04/12 | 11008 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #09-73586 | 2300-000 |  | 19.47 | 22,003.11 |
| 06/29/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 43.59 | 21,959.52 |
| 07/09/12 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 |  | 23,186.15 |
| 07/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 49.75 | 23,136.40 |
| 08/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 48.98 | 23,087.42 |
| 09/05/12 | 11009 | McGladrey LLP | Accountant Fees - Year Ending 12/31/11 | 3410-000 |  | 895.00 | 22,192.42 |
| 09/22/12 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 |  | 23,419.05 |
| 09/28/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 43.12 | 23,375.93 |
| 10/09/12 | {9} | Edwards Trucking, Inc. | Milk Route Account Receivable | 1129-000 | 1,226.63 |  | 24,602.56 |
| 12/12/12 | 11010 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $6,444.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 |  | 6,444.50 | 18,158.06 |
| 12/12/12 | 11011 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $4,504.82, Trustee Compensation;  Reference: | 2100-000 |  | 4,504.82 | 13,653.24 |
| 12/12/12 | 11012 | DISCOVER BANK | Dividend paid 100.00% on $4,318.57; Claim# 1; Filed: $4,318.57; Reference: | 7100-000 |  | 4,318.57 | 9,334.67 |
| 12/12/12 | 11013 | Chase Bank USA, N.A. | Dividend paid 100.00% on $2,004.01; Claim# 4; Filed: $2,004.01; Reference: | 7100-000 |  | 2,004.01 | 7,330.66 |
| 12/12/12 | 11014 | GE Money Bank dba CARECREDIT/GEMB | Dividend paid 100.00% on $1,601.98; Claim# 5; Filed: $1,601.98; Reference: | 7100-000 |  | 1,601.98 | 5,728.68 |
| 12/12/12 | 11015 | FHN Memorial Hospital | Dividend paid 100.00% on $4,377.00; Claim# 6; Filed: $4,377.00; Reference: | 7200-000 |  | 4,377.00 | 1,351.68 |
| 12/12/12 | 11016 | FHN Physicians | Dividend paid 100.00% on $683.00; Claim# 7; Filed: $683.00; Reference: | 7200-000 |  | 683.00 | 668.68 |
| 12/12/12 | 11017 | DISCOVER BANK | Dividend penalty paid 100.00% on $62.00; Claim# 1I; Filed: $62.00; Reference: | 7990-000 |  | 62.00 | 606.68 |
| 12/12/12 | 11018 | Chase Bank USA, N.A. | Dividend paid 100.00% on $28.77; Claim# 4I; Filed: $28.77; Reference: | 7990-000 |  | 28.77 | 577.91 |
| 12/12/12 | 11019 | GE Money Bank dba CARECREDIT/GEMB | Dividend paid 100.00% on $23.00; Claim# 5I; Filed: $23.00; Reference: | 7990-000 |  | 23.00 | 554.91 |

Subtotals :         $4,906.52         $25,342.50

{} Asset reference(s)

Printed: 04/05/2013 04:41 PM     V.13.13

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 09-73586  
**Case Name:** KAMPMEIER, KEVIN L

**Taxpayer ID #:** **-***1389  
**Period Ending:** 04/05/13

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******41-65 - Checking Account  
**Blanket Bond:** $296,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/12 | 11020 | FHN Memorial Hospital | Dividend paid 100.00% on $62.84; Claim# 6I; Filed: $62.84; Reference: | 7990-000 | | 62.84 | 492.07 |
| 12/12/12 | 11021 | FHN Physicians | Dividend paid 100.00% on $9.81; Claim# 7I; Filed: $9.81; Reference: | 7990-000 | | 9.81 | 482.26 |
| 12/12/12 | 11022 | KAMPMEIER, KEVIN L | Dividend paid 100.00% on $482.26; Claim# SURPLUS; Filed: $482.26; Reference: | 8200-002 | | 482.26 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 38,030.47 | 38,030.47 | $0.00 |
| | | | Less: Bank Transfers | | 6,133.70 | 0.00 | |
| | | | **Subtotal** | | 31,896.77 | 38,030.47 | |
| | | | Less: Payments to Debtors | | | 482.26 | |
| | | | **NET Receipts / Disbursements** | | **$31,896.77** | **$37,548.21** | |

{} Asset reference(s)

Printed: 04/05/2013 04:41 PM    V.13.13

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-73586 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** KAMPMEIER, KEVIN L | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****846366 - Checking Account |
| **Taxpayer ID #:** **-***1389 | **Blanket Bond:** $296,000.00 (per case limit) |
| **Period Ending:** 04/05/13 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****41-65 | 6,133.70 | 0.00 | 0.00 |
| MMA # ***-*****41-67 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******41-65 | 31,896.77 | 37,548.21 | 0.00 |
| Checking # ****846366 | 0.00 | 0.00 | 0.00 |
| | $38,030.47 | $37,548.21 | $0.00 |

{} Asset reference(s)

Printed: 04/05/2013 04:41 PM    V.13.13